IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 99-50378
Conference Calendar
_____

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

SERAFIN SANCHEZ-HERRERA, also known as
Jose Cruz-Hernandez, also known as David
Gonzalez-Torrez,

Defendant-Appellant.

--------------------
Appeal from the United States District Court
for the Western District of Texas
USDC No. A-98-CR-273-1-SS
--------------------
February 17, 2000

Before EMILIO M. GARZA, BENAVIDES, and DENNIS, Circuit Judges.

PER CURIAM:[*]

Court-appointed counsel for Serafin Sanchez-Herrera has
moved for leave to withdraw and has filed a brief as required by
Anders v. California, 386 U.S. 738 (1967). Sanchez has received
a copy of counsel's motion and brief but has not filed a
response. Our independent review of the brief and the record
discloses no nonfrivolous issue. Accordingly, counsel's motion

_____

   [*] Pursuant to 5TH CIR. R. 47.5, the court has determined
that this opinion should not be published and is not precedent
except under the limited circumstances set forth in 5TH CIR.
R. 47.5.4.

for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED.  5TH CIR. R. 42.2.